TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00360-CV

William G. Wurster, Appellant

v.

Judith Eileen Wurster, Appellee

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 19312, HONORABLE DONALD V. HAMMOND, JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal, leaving the district-court judgment intact. We grant the motion and dismiss the appeal.

Before Justices Jones, Yeakel and Patterson

Dismissed on Joint Motion

Filed: August 31, 2000

Do Not Publish